UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIFFANY REDMOND INDIVIDUALLY AND AS NEXT FRIEND FOR J.R., A MINOR CHILD, CHRISTIE BAKER INDIVIDUALLY AND AS NEXT FRIEND FOR T.C., A MINOR CHILD, KEVIN STRINGER INDIVIDUALLY AND AS NEXT FRIEND FOR B.S., A MINOR CHILD, KENYA NORTHINGTON INDIVIDUALLY AND AS NEXT FRIEND FOR D.V., A MINOR CHILD. | |
| Plaintiffs | |
| v. | Docket: 3:15-cv-01274 |
| DICKSON COUNTY BOARD OF EDUCATION | |
| Defendant | |

## ORDER

On March 31, 2017, the magistrate judge issued a Report and Recommendation (Docket No. 43), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 28th day of April 2017.

_____
ALETA A. TRAUGER
U.S. District Judge